IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TEXAS INTERNATIONAL PROPERTY ASSOCIATES, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. |
| v. | § § | 3:07-CV-2099-K |
| HOERBIGER HOLDING AG, | § § | |
| Defendant/Counterclaimant, | § § | |
| v. | § § | |
| DAUBEN, INC, d/b/a TEXAS INTERNATIONAL PROPERTY ASSOCIATES and JOEY DAUBEN a/k/a JOSEPH G. DAUBEN, | § § § § § § | |
| Counterdefendants. | § | |

## ORDER

Before the Court are four motions:

1. Defendant/Counterclaimant Hoerbiger Holding AG's Motion to Compel (Doc. No. 18);

2. Defendant/Counterclaimant Hoerbiger's Motion for Protective Order (Doc. No. 21);

3. Plaintiff Texas International Property Associates' Motion to Quash Subpoena (Doc. No. 23); and

4. Non-Party Ondova Limited Company's Emergency Motion to Quash and/or Motion for a Protective Order (Doc. No. 25).

Pursuant to a telephone conference on August 11, 2008, the parties have agreed to one week's extension of the discovery period to resolve their discovery disputes. Consequently, the Court **GRANTS** the motions to quash, and the subpoena duces tecum to Ondova Limited Company is hereby quashed. The Court today does not rule on Hoerbiger's motions as the parties have represented that they will work out the disputed issues. The discovery period is extended to **August 20, 2008**, at which time the Court may revisit any unresolved discovery issues.

**SO ORDERED.**

Signed August 14th, 2008

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE