IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TEXAS INTERNATIONAL PROPERTY ASSOCIATES, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:07-CV-2099-K |
| HOERBIGER HOLDING AG, | § § § | |
| Defendant/Counterclaimant, | § § | |
| v. | § § | |
| DAUBEN, INC. D/B/A TEXAS INTERNATIONAL PROPERTY ASSOCIATES AND JOEY DAUBEN A/K/A JOSEPH G. DAUBEN, | § § § § § | |
| Counterclaim Defendants. | § | |

## ORDER

Before the court is Hoerbiger Holding AG'S Motion To Compel, filed July 21, 2008 (Docket No. 18). On October 3, 2008, the parties filed a status report concerning the motion, which requested certain extensions of time and stated that the parties were requesting additional time to attempt to resolve all remaining disputes regarding the motion. (Docket No. 35). Upon review of the status report, the court granted the extensions of time specifically requested by the parties. (*See* Order, Docket No. 36). The court has had no further updates from the parties as to the status of the disputes

1

raised in the motion, and it is unclear whether any of the issues raised by the motion continue to be in dispute.

Accordingly, the motion to compel is **denied without prejudice.** If there are any issues remaining to be addressed by the court, Defendant is hereby granted leave to re-file a streamlined version of its motion that is limited to current discovery disputes. Any such motion shall be filed within ten (10) days of the date this order is signed.

**SO ORDERED.**

Signed March 26th, 2009.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE